IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LEE BIGLER,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER DANIEL FORBUS, et al.,<br><br>    Defendants. | No. C 09-02498 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

   Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On April 21, 2010, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because they were unable to find Plaintiff. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

   Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

   More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Court has rendered its final decision on this matter, therefore, this Order TERMINATES Plaintiff's case.

   IT IS SO ORDERED.

DATED: 6/22/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1
2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  RODEY LEE BIGLER,
                                                    Case Number: CV09-02498 SBA
5              Plaintiff,
                                                    **CERTIFICATE OF SERVICE**
6     v.

7  DEANIEL FORBUS et al,

8              Defendant.
                                              /
9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
11
   That on June 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
12 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13 located in the Clerk's office.

14

15
   Rodney Lee Bigler
16 1010 Emerline Avenue
   Building C
17 Santa Cruz, CA 95060

18 Dated: June 24, 2010
                                                    Richard W. Wieking, Clerk
19                                                  By: LISA R CLARK, Deputy Clerk

20
21
22
23
24
25
26
27
28

G:\PRO-SE\SBA\CR.09\Bigler2498.Dismiss-3-11.wpd             2